and *Wolf D. von Otterstedt,* Assistant Attorney General, for respondent.

No. 27, Misc.   DI CHIARA *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 33, Misc.   GAMBINO *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 34, Misc.   AUSTIN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 41, Misc.   DAVIS *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 42, Misc.   SHOTKIN *v.* DUGGAN ET AL.   Supreme Court of Florida.   Certiorari denied.

No. 46, Misc.   BLANTON *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 49, Misc.   BERNSKI *v.* CUMMINGS, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 50, Misc.   DUKE *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.